Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501 Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorneys for Defendant Nicholas Silao*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>PANDORA HOSPICE CARE, INC.,<br><br>    Debtor.<br><br>KARL T. ANDERSON, CHAPTER 7 TRUSTEE,<br><br>    Plaintiffs,<br><br>v.<br><br>NICHOLAS SILAO,<br><br>    Defendant | Case No. 6:17-bk-19336-SY<br><br>Adv. 6:18-ap-01193-SY<br><br>Before the Honorable Scott H. Yun<br><br>Chapter 7<br><br>**VOLUNTARY WITHDRAWAL OF THE NOTICE OF LODGMENT AND [PROPOSED] ORDER REGARDING PROPOSED JOINT STIPULATION IN CONNECTION WITH DEFENDANT'S MOTION TO ALLOW WITHDRAWAL OF DEEMED ADMISSIONS F.R.C.P. 36(B) AT DOCKET #36**<br><br>Date: 1-23-2020<br>Time: 9:30 am<br>Courtroom 302<br>Place: 3420 Twelfth Street, Riverside CA |

    NICHOLAS SILAO, Defendant in the above-captioned adversary proceeding, by and through his undersigned attorney, hereby files this **VOLUNTARY WITHDRAWAL OF THE NOTICE OF LODGMENT AND [PROPOSED] ORDER REGARDING PROPOSED**

**JOINT STIPULATION IN CONNECTION WITH DEFENDANT'S MOTION TO ALLOW WITHDRAWAL OF DEEMED ADMISSIONS F.R.C.P. 36(B) AT DOCKET #36**.

DATED:    January 2, 2020    LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

/s/ Baruch C. Cohen
Baruch C. Cohen, Esq.
*Attorneys for Defendant Nicholas Silao*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **VOLUNTARY WITHDRAWAL OF NOTICE OF LODGMENT AND [PROPOSED] ORDER REGARDING PROPOSED JOINT STIPULATION IN CONNECTION WITH DEFENDANT'S MOTION TO ALLOW WITHDRAWAL OF DEEMED ADMISSIONS F.R.C.P. § 36(B)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/2/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Baruch C Cohen          bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Karl T Anderson (TR)    2edansie@gmail.com, kanderson@ecf.axosfs.com
Thomas J Polis (PL)     tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
US Trustee (RS)         ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On 1/2/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1/2/2020,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun, USBC, Central District of California, 3420 Twelfth Street, Suite 345, Riverside CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/2/2020 | Baruch C. Cohen, Esq. | */s/ Baruch C. Cohen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**