| | |
|---|---|
| 1 | Baruch C. Cohen, Esq. (SBN 159455) |
| 2 | **LAW OFFICE OF BARUCH C. COHEN** <br> A Professional Law Corporation <br> 4929 Wilshire Boulevard, Suite 940 |
| 3 | Los Angeles, California 90010 <br> (323) 937-4501    Fax (888) 316-6107 |
| 4 | e-mail: baruchcohen@baruchcohenesq.com |
| 5 | *Attorney For Defendant Nicholas Silao* |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re <br><br> PANDORA HOSPICE CARE, INC. <br><br> Debtor <br><br> ──────────────── <br><br> KARL T. ANDERSON, CHAPTER 7 TRUSTEE <br><br> Plaintiff <br><br> vs. <br><br> NICHOLAS SILAO <br><br> Defendant | Case No. 6:17-bk-19336-SY <br><br> Adv. 6:18-ap-01193-SY <br><br> Before the Honorable Scott H. Yun <br><br> Chapter 7 <br><br> **STIPULATION TO CONTINUE HEARING RE: DEFENDANT'S MOTION TO ALLOW WITHDRAWAL OF DEEMED ADMISSIONS F.R.C.P. § 36(B)** <br><br> Date: 11-4-2020 <br> Time: 10:00am <br> Place: 3420 Twelfth Street, Riverside, CA <br> Courtroom: 302 |

At the last 6-25-2010 hearing on Defendant Nicholas Silao's *Motion to Withdraw the Deemed Admissions*, the Court continued the hearing to 8-20-2020 at 9:30am, as a holding date and gave the parties several alternate hearing dates to choose from. Because the Court requires Sanaz Bereliani's live testimony at the hearing, the Court asked that the parties agree on an alternate hearing date, and if they cannot agree, the 8-20-2020 hearing date stands. The parties and Ms. Bereliani stipulated to continue the   hearing on Defendant's *Motion* to **11-4-2020** at 10:00am, and the Court ordered it.

On 10-22-2020, the Court clerk notified the parties that due to the Covid-19, pandemic, the

11/4-3:11pm

1  11-4-2020 hearing must be taken off calendar and rescheduled as the Courtroom will be dark that day.

2  The parties and Ms. Bereliani have agreed to continue the hearing on Defendant's *Motion* to
3  Thursday **3-18-2021** at 10:00am.

4  For some inexplicable reason, the parties' Stipulation was not filed with the Court, which the
5  parties apologize for.

6  On 11-4-2020, the Court heard the matter on the Motion and Baruch Cohen appeared via
7  Courtcall. The Court tentatively continued the matter as a holding date to 12-17-2020 at 9:30am, and
8  will await the parties' Stipulation and proposed Order to continue the hearing on Defendant's *Motion*
9  to Thursday **3-18-2021** at 10:00am.

11  DATED:    November 4, 2020    LAW OFFICE OF BARUCH C. COHEN, APLC

12  By /s/ Baruch C. Cohen
    Baruch C. Cohen, Esq.
13  *Attorney For Defendant Nicholas Silao*

15
16  DATED:    November 4, 2020    POLIS & ASSOCIATES, APLC

    By /s/ Thomas J. Polis
17  Thomas J. Polis, Esq.
    *Attorney For Plaintiff* Karl T. Anderson, Chapter 7
18  Trustee

19
20  DATED:    November 4, 2020    LAW OFFICE OF SANAZ BERELIANI

21  By _____
    Sanaz Bereliani, Esq.
22  *Bankruptcy Counsel for Nicholas Silao*

1  11-4-2020 hearing must be taken off calendar and rescheduled as the Courtroom will be dark that day.

2  The parties and Ms. Bereliani have agreed to continue the hearing on Defendant's *Motion* to Thursday **3-18-2021** at 10:00am.

4  For some inexplicable reason, the parties' Stipulation was not filed with the Court, which the parties apologize for.

6  On 11-4-2020, the Court heard the matter on the Motion and Baruch Cohen appeared via Courtcall. The Court tentatively continued the matter as a holding date to 12-17-2020 at 9:30am, and will await the parties' Stipulation and proposed Order to continue the hearing on Defendant's *Motion* to Thursday **3-18-2021** at 10:00am.

DATED:    November 4, 2020    LAW OFFICE OF BARUCH C. COHEN, APLC

By _____
Baruch C. Cohen, Esq.
*Attorney For Defendant Nicholas Silao*

DATED:    November 4, 2020    POLIS & ASSOCIATES, APLC

By _____
Thomas J. Polis, Esq.
*Attorney For Plaintiff* Karl T. Anderson, Chapter 7 Trustee

DATED:    November 4, 2020    LAW OFFICE OF SANAZ BERELIANI

By _____
Sanaz Bereliani, Esq.
*Bankruptcy Counsel for Nicholas Silao*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **STIPULATION TO CONTINUE HEARING RE: DEFENDANT'S MOTION TO ALLOW WITHDRAWAL OF DEEMED ADMISSIONS F.R.C.P. § 36(B)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/4/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Baruch C Cohen | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Karl T Anderson (TR) | 2edansie@gmail.com, kanderson@ecf.axosfs.com |
| Thomas J Polis (PL) | tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com |
| US Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On 11/4/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/4/2020,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Scott H. Yun, USBC, Central District of California, 3420 Twelfth Street, Suite 345, Riverside CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/4/2020 | Baruch C. Cohen, Esq. | */s/ Baruch C. Cohen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**