| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Thomas J. Polis, Esq. (SBN 119326)<br>POLIS & ASSOCIATES, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612<br>Tel: (949) 862-0040<br>Fax: (949) 862-0041<br>Email:  tom@polis-law.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff, Chapter 7 Trustee, Karl Anderson | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *RIVERSIDE* DIVISION**

| In re:<br><br>Pandora Hospice Care,<br><br>                                                Debtor(s). | CASE NO.:  6:17-bk-19336-SY<br>CHAPTER: 7<br>ADVERSARY NO.: 6:18-01193-SY |
|---|---|
| Karl T. Anderson, exclusively in his capacity as Chapter 7 Trustee,<br><br>                                                Plaintiff(s),<br>vs.<br><br>Nicholas Silao,<br><br>                                                Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):  <u>DEFENDANT'S RENEWED MOTION TO ALLOW WITHDRAWAL OF DEEMED ADMISSIONS</u> |

PLEASE TAKE NOTE that the order or judgment titled **ORDER GRANTING DEFENDANT'S RENEWED MOTION TO ALLOW WITHDRAWAL OF DEEMD ADMISSIONS AND POLIS FEES AND CONTINUED PRE-TRIAL CONFERENCE** was lodged on (*date*) <u>11/22/2021</u> and is attached.  This order relates to the motion which is docket number <u>58</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1                                                     **F 9021-1.2.ADV.NOTICE.LODGMENT**

Thomas J. Polis, Esq. – SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
Email: tom@polis-law.com

Counsel for Plaintiff, Karl T. Anderson, Chapter 7 Trustee,

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Pandora Hospice Care, Inc.,<br><br>Debtor.<br><br>Karl T. Anderson, exclusively in his capacity as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Nicholas Silao,<br><br>Defendant. | Case No.: 6:17-bk-19336-SY<br><br>Chapter 7<br><br>Adv. Proc. No. 6:18-ap-01193-SY<br><br>**ORDER GRANTING DEFENDANT'S RENEWED MOTION TO ALLOW WITHDRAWAL OF DEEMED ADMISSION; AND POLIS & ASSOCIATES' FEES AND CONTINUED PRE-TRIAL CONFERENCE**<br><br><u>Hearing</u>:<br>Date:   November 18, 2021<br>Time:  10:30 a.m.<br>Ctrm:  302, Third Floor<br>         US Bankruptcy Court<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

- 1 -
ORDER

At the above-captioned time and place, the Honorable Scott H. Yun, United States Bankruptcy Judge, heard and considered the Defendant Nicholas Silao's *Renewed Motion to Allow Withdrawal of Deemed Admissions Re: Polis & Associates Legal Fees* (ECF Docket No. 58). Thomas J. Polis, Esq. of Polis & Associates appeared on behalf of Chapter 7 Trustee, Karl T. Anderson. Baruch Cohen, Esq. of Baruch Cohen Law Offices appeared on behalf of Defendant, Nicholas Silao and Sanaz Bereliani of Bereliani Law Firm appeared on her behalf and Defendant Nicholas Silao prior counsel. All appearances were noted on the Court's record. The Court having considered the various oppositions, comments of counsels in support and in opposition to the Motion, and for good cause,

**IT IS SO ORDERED** that Defendant's *Motion to Allow Withdrawal of Deemed Admissions* is granted as follows:

1. Polis & Associates' attorney fees are granted though reduced to $17,527.50;

2. Ms. Sanaz Bereliani, Esq. shall pay $8,763.75 to Polis & Associates on or before February 1, 2022;

3. Defendant, Nicholas Silao shall pay $8,763.75 to Polis & Associates on or before February 1, 2022; and

4. Once Polis & Associates receives full payment of the $17,527.50, only then shall the deemed admissions be withdrawn.

**IT IS SO FURTHER ORDERED** that the Pre-Trial Conference is continued to April 28, 2022 at 9:30 a.m. Parties shall file a Joint Pre-Trial Stipulation no later than April 14, 2022.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19800 MacArthur Blvd., Suite 1000, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/22/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karl T Anderson (TR)**     2edansie@gmail.com, kanderson@ecf.axosfs.com
- **Sanaz Sarah Bereliani**     berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
- **Baruch C Cohen**     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Thomas J Polis**     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 11/22/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Yun, US Bankruptcy Court, 3420 Twelfth St., Suite 345, Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/22/2021 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.ADV.NOTICE.LODGMENT**