| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Thomas J. Polis, Esq. (SBN 119326)<br>POLIS & ASSOCIATES, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612<br>Tel: (949) 862-0040<br>Fax: (949) 862-0041<br>Email: tom@polis-law.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff, Chapter 7 Trustee, Karl Anderson | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *RIVERSIDE* DIVISION**

| In re:<br><br>Pandora Hospice Care,<br><br>                                                      Debtor(s). | CASE NO.: 6:17-bk-19336-SY<br>CHAPTER: 7<br>ADVERSARY NO.: 6:18-01193-SY |
|---|---|
| Karl T. Anderson, exclusively in his capacity as Chapter 7 Trustee,<br><br>                                                  Plaintiff(s),<br>vs.<br><br>Nicholas Silao,<br><br>                                                  Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): JUDGMENT |

PLEASE TAKE NOTE that the order or judgment titled **JUDGMENT AFTER TRIAL IN FAVOR OF PLAINTIFF, KARL T. ANDERSON, CHAPTER 7 TRUSTEE** was lodged on (*date*) 2/10/2023 and is attached. This order relates to the motion which is docket number 1.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

Thomas J. Polis, Esq. – SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone:  (949) 862-0040
Facsimile:   (949) 862-0041
Email: tom@polis-law.com

Counsel for Plaintiff, Karl T. Anderson, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Pandora Hospice Care. Inc.,<br><br>　　　　　　　　　　　Debtor. | Case No.:  6:17-bk-19336-SY<br><br>Chapter 7<br><br>Adv. Proc. No. 6:18-ap-01193-SY<br><br>**JUDGMENT AFTER TRIAL IN FAVOR OF PLAINTIFF, KARL T. ANDERSON, CHAPTER 7 TRUSTEE** |
| Karl T. Anderson, exclusively in his capacity as Chapter 7 Trustee,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Nicholas Silao,<br><br>　　　　　　　　　　　Defendant. | <u>Trial</u>:<br>Date:   January 18, 2023<br>Time:   10:00 a.m.<br>Ctrm:   302, Third Floor<br>　　　　3420m Twelfth Street<br>　　　　Riverside, California 92501 |

- 1 -

JUDGMENT

On January 18, 2023, Plaintiff, Karl T. Anderson, Chapter 7 Trustee ("Plaintiff"), by and through his counsel of record, Thomas J. Polis, Esq., and the Defendant, Nicholas Silao ("Defendant"), by and through his counsel of record, Baruch Cohen, Esq., appeared before this Court, the Honorable Scott H. Yun, United States Bankruptcy Judge, for a Court Trial in the above-captioned adversary proceeding.

The Court having considered the *Trial Briefs*, *Declarations*, *Joint Pre-Trial Stipulation* and the evidence and testimony presented at Trial, rendered its Statement of Decision as read in the record on January 18, 2023, as the findings required under Rule 52(a)(1) of the FRCP (Rule 7052 of the Federal Rules of Bankruptcy Procedures).

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment entered in favor of Plaintiff, Chapter 7 Trustee, Karl T. Anderson in the total amount of $196,510, including principal and interest from December 31, 2016 until March 31, 2023; and

2. Post-judgment interest after the *Judgment* is entered shall be calculated at the applicable current federal judgment interest rate pursuant to 28 U.S.C. §1961.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

19800 MacArthur Blvd., Suite 1000, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karl T Anderson (TR)**     2edansie@gmail.com, kanderson@ecf.axosfs.com
- **Sanaz Sarah Bereliani**     berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
- **Baruch C Cohen**     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Thomas J Polis**     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **February 10, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Yun, US Bankruptcy Court, 3420 Twelfth St., Suite 345, Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 10,2023 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**