Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Tel: (949) 862-0040; Fax: (949) 862-0041
Email: tom@polis-law.com

Counsel for Plaintiff, Karl T. Anderson,
Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Pandora Hospice Care, Inc.,<br><br>Debtor.<br><br>Karl T. Anderson, exclusively in his capacity as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Nicholas Silao,<br><br>Defendant. | Case No. 6:17-bk-19336-SY<br><br>Chapter 7<br><br>Adv. No. 6:18-ap-01193-SY<br><br>NOTICE OF HEARING RE: PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES RE: PRE-JUDGMENT INTEREST<br><br><u>Hearing:</u><br>Date:  March 16, 2023<br>Time:  9:30 a.m.<br>Ctrm:  302, Third Floor<br>          United States Bankruptcy Court<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

**PLEASE TAKE NOTICE** that Plaintiff, Karl T. Anderson's *Memorandum of Points and Authorities re: Pre-Judgment Interest* shall take place on March 16, 2023, 9:30 a.m in Courtroom 302, U.S. Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501.

**PLEASE TAKE FURTHER NOTICE** that any response and other pleadings shall be heard at the above-referenced hearing.

DATED:  March 6, 2023                                          POLIS & ASSOCIATES
                                                                                        A PROFESSIONAL LAW CORPORATION

                                                                            By:         /s/ Thomas J. Polis
                                                                                        Thomas J. Polis, Esq.
                                                                                        Counsel for Plaintiff, Karl T. Anderson,
                                                                                        Chapter 7 Trustee

NtcHrgPreJudgInterest 030623.wpd

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**POLIS & ASSOCIATES**
A Professional Law Corporation
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433

A true and correct copy of the foregoing document described **NOTICE OF HEARING RE: PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES RE: PRE-JUDGMENT INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 6, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Karl T Anderson (TR)     vinland@live.com, kanderson@ecf.axosfs.com
Sanaz Sarah Bereliani     berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **March 6, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Yun, US Bankruptcy Court, 3420 Twelfth Street, Suite 345, Riverside, CA 92501

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL,  FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on      , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 6, 2023 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |