Form B-1037 (Rev. 8/98)                                                    1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brett H. Ramsaur (SBN 281566)<br>Ramsaur Law Office<br>27075 Cabot Road, Suite 110<br>Laguna Hills, CA 92653<br>Tel: 949-200-9114<br>Email: brett@ramsaurlaw.com<br><br>Attorney for: Karl T. Anderson, Chapter 7 Trustee | **FILED**<br>JUN 2 2 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PANDORA HOSPICE CARE, INC.,<br><br>                                                    Debtor. | CASE NO.: 6:17-bk-19336-SY<br><br>ADVERSARY NO.: 6:18-ap-01193-SY |
| KARL T. ANDERSON, Chapter 7 Trustee,<br><br>                                        Plaintiff(s)<br><br>                          vs.<br><br>NICHOLAS SILAO,<br><br>                                        Defendant(s). | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF CALIFORNIA, COUNTY OF <u>LOS ANGELES</u>

I, <u>Brett H. Ramsaur</u>                                          hereby state under penalty of perjury that,

1.    Judgment for $ <u>198,151.25</u>                          was entered on <u>May 16, 2023</u>
                                                                                            (date)

      in the docket of the above-entitled action in favor of:

      <u>Karl T. Anderson, Chapter 7 Trustee</u>
      as Judgment Creditor, and against

      <u>Nicholas Silao</u>
      as Judgment Debtor

### (If registered Judgment, fill in below)

      Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Case
      No. <u>6:18-ap-01193-SY</u>                          in the United States Bankruptcy Court, Central District of California and
      which has become FINAL.

2.    I am the Judgment Creditor, or the attorney for said Judgement Creditor, and request issuance of a Writ of Execution on the
      Judgment.

3.    ACCRUED since the entry of judgment are the following sums:

      $ <u>773.70</u>                                          accrued interest, computed at <u>4.75</u>          %
                                                                                                            (see note)
      $ <u>0.00</u>                                          accrued costs

Form B-1037 (Rev. 8/98)                                    1998 USBC, Central District of California

| In re: | Pandora Hospice Care, Inc. | | CASE NO.: 6:17-bk-19336-SY |
|---|---|---|---|
| | | Debtor. | ADVERSARY NO.: 6:18-ap-01193-SY |

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited
against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Tacoma, Washington _____, State of California, this 14th _____

day of June _____, 2023 _____.
                                                    (year)

_____
                                Signature

**NOTE: Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin.**