Form B-1036 - (Rev. 02/10)                                                                1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| Brett H. Ramsaur (SBN 281566)<br>Ramsaur Law Office, 27075 Cabot Road, Suite 110<br>Laguna Hills, CA 92653 Tel: 949-200-9114<br>Email: brett@ramsaurlaw.com<br><br>Attorney for Karl T. Anderson, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>PANDORA HOSPICE CARE, INC.,<br>                                             Debtor. | CASE NO.: 6:17-bk-19336-SY<br>ADVERSARY NO.: 6:18-ap-01193-SY |
|---|---|
| KARL T. ANDERSON, Chapter 7 Trustee,<br><br>                                            Plaintiff(s),<br>vs.<br><br>NICHOLAS SILAO,<br><br>                                            Defendant(s). | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On May 16, 2023 _____, a judgment was entered in the above-entitled action in favor of

Karl T. Anderson, Chapter 7 Trustee

as **Judgment Creditor**, and against

Nicholas Silao

as **Judgment Debtor**, for:

| $ | 137,000.00 | PRINCIPAL |
|---|---|---|
| $ | 0.00 | ATTORNEYS FEES |
| $ | 61,151.24 | INTEREST |
| $ | 0.00 | COSTS |
| $ | 198,151.25 | **TOTAL JUDGMENT AS ENTERED** |

Form B-1036 - (Rev. 02/10)                                                    1998 USBC, Central District of California

Page 2 of 3

| In re | CASE NO.: 6:17-bk-19336-SY |
|---|---|
| PANDORA HOSPICE CARE, INC. | ADVERSARY PROCEEDING NO.: |
| Debtor(s). | 6:18-ap-01193-SY |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Nicholas Silao
24 Central Park South
New York, NY 10019

Form B-1036 - (Rev. 02/10)            1998 USBC, Central District of California

Page 3 of 3

| In re | CASE NO.: 6:17-bk-19336-SY |
|---|---|
| PANDORA HOSPICE CARE, INC., | ADVERSARY PROCEEDING NO.: |
| Debtor(s). | 6:18-ap-01193-SY |

NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ 773.70     ACCRUED INTEREST

$ 0.00     ACCRUED COSTS

$ 773.70     TOTAL

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 198,924.95     ACTUALLY DUE on the date of the issuance of this writ, of which

$ 198,151.25     is due on the judgement as entered, and bears interest at 4.75 % per annum in the amount of $ 25.79 per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

(SEAL)

DATED: 6/22/23

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court

By: _____
Deputy Clerk

1  Thomas J. Polis, Esq. – SBN 119326
   POLIS & ASSOCIATES
2  A PROFESSIONAL LAW CORPORATION
   19800 MacArthur Boulevard, Suite 1000
3  Irvine, California 92612-2433
   Telephone: (949) 862-0040
4  Facsimile:  (949) 862-0041
   Email: tom@polis-law.com
5
   Counsel for Plaintiff, Karl T. Anderson,
6  Chapter 7 Trustee

**FILED & ENTERED**

MAY 16 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

CHANGES MADE BY COURT

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Pandora Hospice Care. Inc.,<br><br>Debtor. | Case No.: 6:17-bk-19336-SY<br><br>Chapter 7<br><br>Adv. Proc. No. 6:18-ap-01193-SY<br><br>**JUDGMENT** |
| Karl T. Anderson, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>Nicholas Silao,<br><br>Defendant. | Trial:<br>Date: January 18, 2023<br>Time: 10:00 a.m.<br>Ctrm: 302, Third Floor<br>3420m Twelfth Street<br>Riverside, California 92501 |

On January 18, 2023, plaintiff Karl T. Anderson, chapter 7 trustee ("Plaintiff"), by and through his counsel of record, Thomas J. Polis, Esq., and defendant Nicholas Silao ("Defendant"), by and through his counsel of record, Baruch Cohen, Esq., appeared before this court, the Honorable Scott H. Yun, United States Bankruptcy Judge, for a trial in the above-captioned adversary proceeding. The court having considered the trial briefs, joint pre-trial stipulation and the order approving it, and the evidence and testimony presented at trial,

- 1 -
JUDGMENT

rendered its statement of decision as recited in the record on January 18, 2023. On May 4, 2023, the court heard arguments on the issue of pre-judgment interest and issued further rulings on that issue. The court's oral rulings collectively constitute the findings required under Fed.R. Civ. P. 52(a)(1) made applicable by Fed. R. Bank. P. 7052. Accordingly,

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered in favor of Plaintiff and against Defendant in the total amount of $198,151.25 ($137,000 principal and $61,151.24 pre-judgment interest), including principal and interest from December 31, 2016 until May 15, 2023; and

2. Post-judgment interest after this Judgment is entered shall be calculated at the applicable current federal judgment interest rate under 28 U.S.C. §1961.

### 

Date: May 16, 2023

Scott H. Yun
United States Bankruptcy Judge

- 2 -
JUDGMENT